

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PULAK K. BARUA, A/K/A PULAK KUMAR BARUA, ET AL., | § | No. 08-20-00216-CV |
| | § | |
| Appellants, | | Appeal from the |
| | § | |
| v. | | 422nd District Court |
| | § | |
| | | of Kaufman County, Texas |
| MABANK INDEPENDENT SCHOOL DISTRICT, ET AL., | § | (TC# 102225-422) |
| | § | |
| Appellees. | § | |

**O R D E R**

The Court received and filed the entry of appearance of Okechukwu Okorogi as requested in its order issued December 8, 2020. The appeal is therefore reinstated, and the Appellant's brief is now due February 6, 2021.

IT IS SO ORDERED this 7th day of January, 2020.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley JJ.